**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.  TERRANCE R. WRAY,

    Defendant.

---

**ORDER DISMISSING WITH PREJUDICE
COUNTS 46-53 OF INDICTMENT**

---

THIS MATTER comes before the Court upon the Government's Motion to Dismiss with Prejudice Counts 46-53 of the Indictment [Doc. #260], filed October 18, 2010. The Court having considered this motion, it is hereby

ORDERED that Government's Motion to Dismiss with Prejudice Counts 46-53 of the Indictment [Doc. #260], filed October 18, 2010, is **GRANTED.** It is further

ORDERED that Counts 46-53 of the Indictment are dismissed with prejudice as to defendant, Terrance R. Wray only.

Dated this 27th day of October, 2010.

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      WILEY Y. DANIEL,
                      CHIEF UNITED STATES DISTRICT JUDGE